IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-01546-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOE, subscriber assigned IP address 71.196.236.112,

    Defendant.

## ORDER

    THIS MATTER is before the Court on plaintiff, Malibu Media, LLC's, Notice Of Settlement And Voluntary Dismissal With Prejudice Of John Doe [ECF No. 13], filed on August 8, 2013.  After review of the file, the Court concludes that pursuant to Rule 41(a)(1)(A)(i) of the FEDERAL RULES of CIVIL PROCEDURE, defendant, John Doe, subscriber assigned IP address 71.196.236.112, should be dismissed with prejudice from this action, and this action should be dismissed with prejudice.  Accordingly, it is

    ORDERED that defendant, John Doe, subscriber assigned IP address 71.196.236.112, is **DISMISSED WITH PREJUDICE** from this action, and the above captioned case is **DISMISSED WITH PREJUDICE**.

    Dated: August 9, 2013.

                                          BY THE COURT:

                                          /s/ Wiley Y. Daniel
                                          Wiley Y. Daniel
                                          Senior U.S. District Judge